```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21937
   JOSEPH E GASTON
   MARCY E GASTON                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-0108    SSN XXX-XX-5829

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/21/2007 and was confirmed 01/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was converted to chapter 7 after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED            808.10         .00         87.51
CHRYSLER FINANCIAL         SECURED NOT I   NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   NOTICE ONLY     NOT FILED           .00           .00
CITY OF CHICAGO WATER DE   SECURED               .00           .00           .00
GMAC MORTGAGE CORPORATIO   SECURED NOT I   NOT FILED           .00           .00
GMAC MORTGAGE CORPORATIO   UNSECURED       NOT FILED           .00           .00
HOMEQ SERVICING            CURRENT MORTG         .00           .00           .00
HOME EQUITY SERVICING CO   NOTICE ONLY     NOT FILED           .00           .00
HSBC AUTO FINANCE          SECURED VEHIC      7967.00       504.70       2595.50
ALLIED INTERSTATE INC      UNSECURED       NOT FILED           .00           .00
AMER GEN FIN               UNSECURED       NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED          3323.48          .00        359.90
CAPITAL ONE                UNSECURED          2306.13          .00        249.74
CAPITAL ONE                UNSECURED          1314.34          .00        142.33
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED           .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
CITICORP CREDIT SERVICES   UNSECURED             .00           .00           .00
ISAC                       UNSECURED             .00           .00           .00
CITIBANK                   UNSECURED             .00           .00           .00
CITIBANK USA               UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          1151.61          .00        124.71
CREDIT PROTECTION          UNSECURED       NOT FILED           .00           .00
COMCAST                    NOTICE ONLY     NOT FILED           .00           .00
DELL FINANCIAL SERVICES    UNSECURED          1572.63          .00        170.30
DELL FINANCIAL SERVICES    UNSECURED          2497.55          .00        270.46

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21937 JOSEPH E GASTON & MARCY E GASTON
```

```
DEPENDON COLLECTION       UNSECURED      NOT FILED             .00            .00
MIDAMERICA BANK           NOTICE ONLY    NOT FILED             .00            .00
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED             .00            .00
DIRECTV                   UNSECURED      NOT FILED             .00            .00
ALLIED INTERSTATE INC     NOTICE ONLY    NOT FILED             .00            .00
DIRECT TV                 NOTICE ONLY    NOT FILED             .00            .00
EBAY                      UNSECURED      NOT FILED             .00            .00
IC SYSTEMS                NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE               UNSECURED        741.08              .00          80.25
EDDIE BAUER               NOTICE ONLY    NOT FILED             .00            .00
EMERGE PVN                UNSECURED      NOT FILED             .00            .00
EMERGE VISA               NOTICE ONLY    NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED        266.25              .00          18.34
ECAST SETTLEMENT CORP     UNSECURED       2669.94              .00         289.13
HOME DEPOT                UNSECURED      NOT FILED             .00            .00
HOUSEHOLD BANK            UNSECURED      NOT FILED             .00            .00
HSBC ORCHARD BANK         NOTICE ONLY    NOT FILED             .00            .00
HSBC BANK NEVADA NA       UNSECURED        689.15              .00          74.63
ECAST SETTLEMENT CORP     UNSECURED       1732.22              .00         187.58
ASG                       NOTICE ONLY    NOT FILED             .00            .00
HSBC                      NOTICE ONLY    NOT FILED             .00            .00
NEW BEGINNINGS PEDIATRIC  UNSECURED      NOT FILED             .00            .00
MALCOLM S GERALD          NOTICE ONLY    NOT FILED             .00            .00
COMPLETE OUTSOURCING SOL  NOTICE ONLY    NOT FILED             .00            .00
SALLIE MAE INC            UNSECURED            .00             .00            .00
SALLIE MAE INC            UNSECURED            .00             .00            .00
SALLIE MAE INC            UNSECURED            .00             .00            .00
SALLIE MAE                UNSECURED            .00             .00            .00
MIDWEST VERIZON WIRELESS  UNSECURED        202.81              .00          17.97
ROUNDUP FUNDING LLC       UNSECURED        723.52              .00          78.35
HSBC AUTO FINANCE         UNSECURED         64.84              .00            .00
ROSICKI ROSICKI & ASSOC   NOTICE ONLY    NOT FILED             .00            .00
HOMEQ SERVICING           SECURED NOT I   15154.85             .00            .00
DELL FINANCIAL SERVICES   SECURED NOT I     200.00             .00            .00
DELL FINANCIAL SERVICES   SECURED NOT I     200.00             .00            .00
CAPITAL ONE               UNSECURED      NOT FILED             .00            .00
LUTHERAN SCHOOL OF THEOL  NOTICE ONLY    NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED             .00            .00
COMMONWEALTH EDISON       NOTICE ONLY    NOT FILED             .00            .00
COMED                     NOTICE ONLY    NOT FILED             .00            .00
COMMONWEALTH EDISON       NOTICE ONLY    NOT FILED             .00            .00
LEDFORD & WU              DEBTOR ATTY     2,469.00                      2,469.00
TOM VAUGHN                TRUSTEE                                         656.42
DEBTOR REFUND             REFUND                                           23.18
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------------

```
TRUSTEE                                         8,400.00

PRIORITY                                                             .00
SECURED                                                         2,595.50
    INTEREST                                                      504.70
UNSECURED                                                       2,151.20
ADMINISTRATIVE                                                  2,469.00
TRUSTEE COMPENSATION                                              656.42
DEBTOR REFUND                                                      23.18
                                              ----------------  ----------------
TOTALS                                          8,400.00        8,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/18/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                            PAGE   3
      CASE NO. 07 B 21937 JOSEPH E GASTON & MARCY E GASTON